1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOSE RAMIREZ TORRES,                    No. CIV S-07-0193-MCE-CMK-P

12            Plaintiff,

13       vs.                                 <u>ORDER</u>

14   Unknown,

15            Defendant.

16   _____/

17            Plaintiff, a state prisoner proceeding pro se, brings this civil action.  Initially, the

18   court notes that plaintiff's initial pleading in this case is written in Spanish.  Plaintiff is advised

19   that the court does not provide free translation services in civil cases.  Plaintiff is, therefore,

20   encouraged to seek out assistance in translating documents and is also encouraged to submit

21   future documents to this court in English.  In an effort to assist plaintiff in understanding this

22   order, the court will provide a rough Spanish translation.  It should be noted that this translation

23   is based on an Internet translation service, and not any official translation.

24            El demandante, un preso del estado que avanza profesional
     sudeste, trae esta acción civil. Inicialmente, el tribunal nota que esas
25   súplicas de inicial de demandante en este caso son escritas en español. El
     demandante es aconsejado que el tribunal no proporciona los servicios
26   libres de la traducción en casos civiles. El demandante es, por lo tanto,

1

1   alentó a buscar ayuda a traducir documentos y es alentado también
2   someterse documentos futuros a este tribunal en inglés. En un esfuerzo de
    ayudar a demandante en la comprensión de esta orden, el tribunal
3   proporcionará una traducción española áspera. Debe ser notado que esta
    traducción es basada en un servicio de la traducción del Internet, y no
4   ninguna traducción oficial.

5   Addressing the fee status for this case, plaintiff has not filed an application to

6   proceed in forma pauperis or paid the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).

7   Plaintiff will be provided the opportunity to submit either a completed application to proceed in

8   forma pauperis or the appropriate filing fee.

9   Dirigiendo la posición del honorario para este caso, el
    demandante no ha archivado una aplicación para avanzar en el pauperis de
10  forma ni pagó el honorario requerido del expediente.  28 U. S. C. 1914(a),
    1915(a). El demandante será proporcionado la oportunidad de someterse o
11  una aplicación completada para avanzar en el pauperis de forma o el
    honorario apropiado de clasificación.

12

13  Addressing plaintiff's initial pleading, the court is unable to discern any particular

14  claim for relief.  Obviously, this could be due to the language barrier.  In the interest of justice,

15  plaintiff will be provided an opportunity to re-submit his pleading in English.  Therefore, the

16  initial pleading will be dismissed with leave to amend.

17  Las súplicas del inicial del demandante que dirigen, el
    tribunal es incapaces de discernir algún reclamo particular para el alivio.
18  Obviamente, esto podría estar debido a la barrera del idioma. En el interés
    de la justicia, el demandante será proporcionado una oportunidad de
19  volver a presentar sus súplicas en inglés. Por lo tanto, las súplicas de
    inicial se despedirán con la hoja para enmendar.

20

21  Plaintiff is warned that failure to comply with this order may result in the

22  dismissal of this action.  See Local Rule 11-110.

23  El demandante es advertido ese fracaso a conformarse con
    esta orden puede tener como resultado el despido de esta acción.  Regla
24  Local 11-110.

25  ///

26  ///

2

1       Accordingly, IT IS HEREBY ORDERED that:

2              1.      Plaintiff shall submit on the form provided by the Clerk of the Court,

3   within 30 days from the date of this order, a complete application for leave to proceed in forma

4   pauperis, including the required affidavits and certifications, or the appropriate filing fee;

5              2.      Plaintiff's initial pleading is dismissed with leave to amend;

6              3.      Within 30 days of the date of this order, plaintiff shall file a first amended

7   complaint on the form provided by the court; and

8              4.      The Clerk of the Court is directed to send plaintiff a new form Application

9   to Proceed In Forma Pauperis By a Prisoner and form 42 U.S.C. § 1983 complaint by a prisoner.

10                      Por consiguiente, POR LA PRESENTE ES ORDENADO
                eso:
11                              1.      El demandante se someterá en la forma
                proporcionada por el Empleado del Tribunal, dentro de 30 días de la fecha
12              de esta orden, una aplicación completa para la hoja para avanzar en el
                pauperis de forma, inclusive las declaraciones y certificaciones requeridas,
13              o el honorario apropiado de la clasificación;
                                2.      Las súplicas del inicial del demandante son
14              despedidas con la hoja para enmendar;
                                3.      Dentro de 30 días de la fecha de esta orden, el
15              demandante archivará una primera queja enmendada en la forma
                proporcionada por el tribunal; y
16                              4.      El Empleado del Tribunal es dirigido a mandar
                demandante una nueva Aplicación de forma para Avanzar En el Forma
17              Pauperis Por un Preso y formar 42 U. S. C. 1983 queja por un preso.

18
    DATED:  March 7, 2007.
19

20                                                  _____
                                                    CRAIG M. KELLISON
21                                                  UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

3