1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE RAMIREZ TORRES,                    No. CIV S-07-0193-MCE-CMK-P

      Plaintiff,

  vs.                                              FINDINGS AND RECOMMENDATIONS

Unknown,

      Defendant.

_____/

      Plaintiff, a state prisoner proceeding pro se, brings this civil action.  Initially, the court notes that plaintiff's initial pleading in this case is written in Spanish.  Plaintiff is advised that the court does not provide free translation services in civil cases.  Plaintiff is, therefore, encouraged to seek out assistance in translating documents and is also encouraged to submit future documents to this court in English.  In an effort to assist plaintiff in understanding this order, the court will provide a rough Spanish translation.  It should be noted that this translation is based on an Internet translation service, and not any official translation.

      El demandante, un preso del estado que avanza profesional sudeste, trae esta acción civil. Inicialmente, el tribunal nota que esas súplicas de inicial de demandante en este caso son escritas en español. El demandante es aconsejado que el tribunal no proporciona los servicios libres de la traducción en casos civiles. El demandante es, por lo tanto,

1

alentó a buscar ayuda a traducir documentos y es alentado también someterse documentos futuros a este tribunal en inglés. En un esfuerzo de ayudar a demandante en la comprensión de esta orden, el tribunal proporcionará una traducción española áspera. Debe ser notado que esta traducción es basada en un servicio de la traducción del Internet, y no ninguna traducción oficial.

On March 8, 2007, the court dismissed plaintiff's complaint and directed plaintiff to file an amended complaint within 30 days. Plaintiff was also directed to resolve the fee status for this case. Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. To date, plaintiff has not complied.

En el 8 de marzo de 2007, el tribunal despidió la queja de demandante y a demandante dirigido a archivar una queja enmendada dentro de 30 días. El demandante fue dirigido también resolverse la posición del honorario para este caso. El demandante fue advertido ese fracaso para obedecer puede acarrear el despido de esta acción por falta de la prosecución y el fracaso para conformarse con las reglas del tribunal y órdenes. Para fechar, el demandante no ha obedecido.

The court must weigh five factors before imposing the harsh sanction of dismissal. See Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000); Malone v. U.S. Postal Service, 833 F.2d 128, 130 (9th Cir. 1987). Those factors are: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its own docket; (3) the risk of prejudice to opposing parties; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions. See id.; see also Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995) (per curiam). A warning that the action may be dismissed as an appropriate sanction is considered a less drastic alternative sufficient to satisfy the last factor. See Malone, 833 F.2d at 132-33 & n.1. The sanction of dismissal for lack of prosecution is appropriate where there has been unreasonable delay. See Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986). Dismissal has also been held to be an appropriate sanction for failure to comply with an order to file an amended complaint. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992).

1    El tribunal debe pesar cinco factores antes de imponer la sanción dura del despido. Esos factores son: (1) el interés del público en la resolución expeditiva del pleito; (2) la necesidad del tribunal para manejar su propio registro; (3) el riesgo del prejuicio a partidos opuestos; (4) la política pública que favorece la disposición de casos en sus méritos; y (5) la disponibilidad de sanciones menos drásticas.  Una advertencia que la acción puede ser despedida como una sanción apropiada es considerada un menos drástico alternativo suficiente para satisfacer el último factor.  La sanción del despido por falta de la prosecución es apropiada donde ha habido la demora desrazonable.  El despido ha sido tenido también ser una sanción apropiada para el fracaso de conformar(la citación omitió).se con una orden para archivar una queja enmendada.  (las citaciones omitieron).

Having considered these factors, and in light of plaintiff's failure to file an amended complaint as directed, the court finds that dismissal of this action is appropriate.

Habiendo considerado estos factores, y a la luz del fracaso de demandante para archivar una queja enmendada como dirigido, el tribunal encuentra que ese despido de esta acción es apropiado.

Based on the foregoing, the undersigned recommends that this action be dismissed, without prejudice, for lack of prosecution and failure to comply with court rules and orders.

Basado en el renunciar, el abajofirmante recomienda que esta acción sea despedida, sin el prejuicio, por falta de la prosecución y el fracaso para conformarse con las reglas del tribunal y órdenes.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days after being served with these findings and recommendations, any party may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Estas conclusiones y las recomendaciones son sometidas al Juez del Distrito de Estados Unidos asignado al caso, según las provisiones de 28 U. S. C. § 636(b)(l). Dentro de 20 días después de que sea servido con estas conclusiones y recomendaciones, cualquier partido puede archivar las objeciones escritas con el tribunal. El documento debe ser captioned "las Objeciones a Conclusiones de Juez de Magistrado y

Recomendaciones". El fracaso para archivar las objeciones dentro del tiempo especificado pueden renunciar el derecho de apelar la orden del tribunal de distrito.   (la citación omitió).

DATED:  August 14, 2007.

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE