IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAMIREZ TORRES, | No. CIV S-07-0193-MCE-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| Unknown, | |
|     Defendant. | |
| _____ / | |

        Plaintiff, a state prisoner proceeding pro se, brings this civil action. Plaintiff's initial pleading in this case is written in Spanish.

        On March 8, 2007, the court dismissed plaintiff's complaint and directed plaintiff to file an amended complaint within 30 days. Plaintiff was also directed to resolve the fee status for this case. Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. On May 16, 2007, the court granted plaintiff a 30-day extension of time to comply with the March 8, 2007, order. As of August 15, 2007, plaintiff had not complied and the court issued findings and recommendations that this action be dismissed for lack of prosecution and failure to comply with court rules and orders.

In objections to the findings and recommendations – which are filed in English – plaintiff indicates that he has limited language skills and that he has recently obtained the assistance of another inmate. Plaintiff seeks another opportunity to comply with the court's March 8, 2007, order. Good cause appearing therefor, the court finds it appropriate to vacate the August 15, 2007, findings and recommendations and to grant plaintiff additional time to file an amended complaint and resolve the fee status of this case.

Plaintiff is once again cautioned that failure to comply with this order may result in dismissal of the entire action. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's August 15, 2007, findings and recommendations are vacated;

2. Within 30 days of the date of this order, plaintiff shall file a first amended complaint on the form provided by the court;

3. Within 30 days of the date of this order, plaintiff shall submit on the form provided by the court a complete application for leave to proceed in forma pauperis, including the required affidavits and certifications, or the appropriate filing fee; and

4. The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis by a prisoner and a form 42 U.S.C. § 1983 complaint.

DATED: November 2, 2007

/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE